IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EPIC SYSTEMS CORPORATION
1979 Milky Way,
Verona, WI 53593,

       Plaintiff,

v.                                       Case No. 12-cv-848

KS Information Technologies LLC,
3545 Saint Johns Bluff Road South # 186,
Jacksonville, FL 32224,

Subhash Kanukunta,
3545 Saint Johns Bluff Road South # 186,
Jacksonville, FL 32224,

K-Soft Information Technologies, Inc.
27301 Dequindre Rd,
Madison Heights, MI 48071,

K-Soft Infotech Corporation
4488 Ecton Lane
Jacksonville, FL 32246,

Ramesh Kumar Gangisetti
4488 Ecton Lane,
Jacksonville, FL 32246,

       Defendants,

## CONSENT JUDGEMENT

Plaintiff Epic Systems Corporation ("Epic") and Defendants Ramesh Kumar Gangisetti ("Gangisetti"), K-Soft Information Technologies, Inc., and K-Soft Infotech Corporation,

pursuant to Rules 41 and 65 of the Federal Rules of Civil Procedure hereby stipulate to entry of final judgment against Defendants Gangisetti, K-Soft Information Technologies, Inc. and K-Soft Infotech Corporation as follows:

1. Defendants Gangisetti, K-Soft Information Technologies, Inc. and K-Soft Infotech Corporation are permanently enjoined from any unauthorized access, misuse or misappropriation of Epic's information going forward. Defendants Gangisetti, K-Soft Information Technologies, Inc. and K-Soft Infotech Corporation are further enjoined from maintaining possession of any of Epic's materials they may now have. Any such materials must be identified and returned to Epic within five business days of entry of this Judgment.

2. Defendants Gangisetti shall comply in all respect with the terms of the Standard Consultant Web Access Agreement that he entered into with Epic.

3. Defendants Gangisetti, K-Soft Information Technologies, Inc. and K-Soft Infotech Corporation shall not access Epic's iSWTD environment, and they shall not interfere with Epic's contracts and agreements with others concerning the use of Epic's information and materials. Specifically, Defendants Gangisetti, K-Soft Information Technologies, Inc. and K-Soft Infotech Corporation shall not assist, induce, encourage or otherwise participate in any other person's unauthorized access of Epic's iSWTD or any other of Epic's trade secret and confidential materials.

4. Defendants Gangisetti, K-Soft Information Technologies, Inc. and K-Soft Infotech Corporation are permanently enjoined from infringing of any of Epic's trademarks, including but not limited to the registered marks identified in the Complaint.

5. Defendants Gangisetti, K-Soft Information Technologies, Inc. and K-Soft Infotech Corporation are permanently enjoined from infringing any of Epic's copyrights,

including its registered and common law rights to Epic's documentation, training materials, software and other materials Epic has created concerning its products.

6. Defendants Gangisetti, K-Soft Information Technologies, Inc. and K-Soft Infotech Corporation are permanently enjoined from developing, offering, facilitating, selling, promoting, marketing or otherwise being involved with any classes, training, materials, seminars, consulting or the like concerning Epic's software that is not specifically and expressly authorized by Epic. Defendants Gangisetti, K-Soft Information Technologies, Inc. and K-Soft Infotech Corporation are further enjoined from being involved with or employed by any individual, business or entity that develops, offers, facilitates, sells, promotes, markets or otherwise is involved with any classes, training, materials, seminars, consulting or the like concerning Epic's software that is not specifically and expressly authorized by Epic.

7. All claims against Defendants Gangisetti, K-Soft Information Technologies, Inc. and K-Soft Infotech Corporation are hereby dismissed ~~with prejudice~~ with each party to bear its own costs and attorneys fees. All relief not expressly granted is herein denied, and all rights of appeal are waived. This Consent Judgment does not affect the claims against the other Defendants.

8. The Court retains jurisdiction of this action for the purposes of enforcing this Consent Judgment.

Dated this 10th day of December, 2013.

/s/ *Josephine K. Benkers*
Anthony A. Tomaselli
State Bar No. 1003673
Anthony.tomaselli@quarles.com
Josephine K. Benkers
State Bar No. 1030608
josephine.benkers@quarles.com

QUARLES & BRADY LLP
33 East Main Street
Suite 900
Madison, WI
(608) 251-5000
Fax: (608) 251-9166

*Attorneys for Epic Systems Corporation*

/s/ *Jordan C. Loeb*
Jordan C. Loeb, SBN 1023088
CULLEN WESTON PINES & BACH LLP
122 West Washington Avenue, Suite 900
Madison, Wisconsin 53703
(608) 251-0101 (telephone)
(608) 251-2883 (facsimile)
E-mail: loeb@cwpb.com

*Attorneys for Ramesh Kumar Gangisetti and K-Soft Infotech Corporation and K-Soft Information Technologies, Inc.*

Entered this 12th day of December, 2013

Hon. William M. Conley
United States District Judge