IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION,

                Plaintiff,                          ORDER

    v.

                                                   12-cv-848-wmc

KS INFORMATION TECHNOLOGIES, LLC,
SUBHASH KANUKUNTA, K-SOFT
INFORMATION TECHNOLOGIES, INC.,
K-SOFT INFOTECH CORPORATION, and
RAMESH KUMAR GANGISETTI,

                Defendants.

---

      A hearing on plaintiff's motion for default judgment and permanent injunction against defendants KS Information Technologies LLC and Subhash Kanukunta (dkt. #25) was held today; plaintiff appeared by Josephine Benkers of Quarles & Brady, as well as corporation counsel; both defendants failed to appear.

      Pursuant to that hearing, default judgment was awarded against KS Information Technologies, LLC, and plaintiff was directed to propose a default judgment order consistent with the court's rulings. In addition, in light of (1) repeated attempts to serve defendant Subhash Kanukunta personally, (2) his apparent service via the Secretary of the State of Florida pursuant to Fla. Stat. § 48.181, (3) Kanukunta's apparent efforts to conceal his whereabouts, and (4) Kanukunta's actual notice of this lawsuit, the court will also enter default against defendant Subhash Kanukunta pursuant to Federal Rule of Civil Procedure 55(a).

Before proceeding to default judgment against Kanukunta, plaintiff Epic Systems Corporation is directed to publish notice once per week for a period of three weeks in a paper of record in Jacksonville, Florida, of this entry of default against him and of a hearing for entry of default judgment scheduled for January 15, 2014, at 9:00 a.m. In light of the arguable ambiguity in the verified return of service signed by Allen Pyke (dkt. #24), the court will also require Epic to accomplish service again pursuant to Fla. Stat. § 48.181 by serving Kanukunta, **individually and as managing member of defendant KS Information Technologies, LLC,** by delivering a copy of this order, the summons, and complaint to the Florida Secretary of State. Proof of both attempts at notice along with a proposed, default judgment shall be filed with the court no later than January 13, 2014.

Entered this 18th day of December, 2013.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge