IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EPIC SYSTEMS CORPORATION,

    Plaintiff,

v.                                                                    Case No. 12-cv-848

KS Information Technologies LLC,

Subhash Kanukunta,

K-Soft Information Technologies, Inc.,

K-Soft Infotech Corporation,

Ramesh Kumar Gangisetti,

    Defendants.

---

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT SUBHASH KANUKUNTA

---

Upon consideration of the Motion for Default Judgment and for the reasons stated on the record at the Default Hearings on December 18, 2013, and by virtue of defendant's failure to appear again at the hearing on January 15, 2014, it is hereby ordered that judgment is entered in favor of Plaintiff Epic Systems Corporation ("Epic") and against Defendant Subhash Kanukunta as follows:

1. Defendant Subhash Kanukunta is permanently enjoined as follows:

   - from any unauthorized access, misuse or misappropriation of Epic's information going forward. Defendant Subhash Kanukunta is further enjoined from maintaining possession of any of Epic's materials it may now have and is ordered to return any of the same to Epic.

QB\24526736.1

-2-

- from any access to Epic's iSWTD environment, and Subhash Kanukunta is further enjoined from interfering with Epic's contracts and agreements with others concerning the use of Epic's information and materials. Specifically, Defendant Subhash Kanukunta shall not assist, induce, encourage or otherwise participate in any other person's unauthorized access of Epic's iSWTD or any other of Epic's trade secret and confidential materials.

- from infringing of any of Epic's trademarks, including but not limited to the registered marks identified in the Complaint.

- from infringing any of Epic's copyrights, including Epic's registered and common law rights to Epic's documentation, training materials, software and other materials Epic has created concerning Epic's products.

- from developing, offering, facilitating, selling, promoting, marketing or otherwise being involved with any classes, training, materials, seminars, consulting or the like concerning Epic's software that is not specifically and expressly authorized by Epic. Defendant Subhash Kanukunta is further enjoined from being involved with or employed by any individual, business or entity that develops, offers, facilitates, sells, promotes, markets or otherwise is involved with any classes, training, materials, seminars, consulting or the like concerning Epic's software that is not specifically and expressly authorized by Epic.

2. Subhash Kanukunta is ordered to pay damages to Plaintiff in the amount of $4,800 ($2,400 in actual damages, doubled pursuant to Wis. Stat. § 134.90(4)(b) for willful trade secret misappropriation). Subhash Kanukunta is further ordered to pay Plaintiff's attorneys fees' of $20,727, plus $1,041.49 in expenses, pursuant to Wis. Stat. § 134.90(4)(b). Accordingly, judgment is hereby entered in favor of Plaintiff Epic Systems Corporation in a total amount of $26,568.49.

So ordered this 15th day of January, 2014.

Entered this 15th day of January, 2014.

Honorable William M. Conley
United States District Court Judge

by /s/ A. Wiseman, Deputy Clerk
Peter Oppeneer
Clerk of Court

QB\24526736.1